AO 442    (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE

UNITED STATES OF AMERICA

V.

MICHAEL SMITH

**WARRANT FOR ARREST**

Case Number: 97-CR-060-001-SLR

*[Filed stamp: 2007 AUG 16 AM 9:26 CLERK US DISTRICT COURT DISTRICT OF DELAWARE]*    Bob

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    **MICHAEL SMITH**
                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    x **Probation Violation** / Supervised Release

charging him or her    (brief description of offense)

**VIOLATION OF SUPERVISED RELEASE CONDITION**

in violation of _____ United States Code, _____

**PETER T. DALLEO**            Clerk of Court
Name of Issuing Officer         Title of Issuing Officer

by Francesca M. Tassone, Deputy Clerk    5/14/04    Wilmington, Delaware
Signature of Issuing Officer              Date and Location

Bail fixed at    NOT STATED    by _____
                                       Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named _____ |
| Michael Smith |

| DATE RECEIVED 5-14-04 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6-8-04 | William David, DUSM | William David |